UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LAWRENCE SAKS,<br><br>    Defendant. | Case No.  CV 08-6905-RMT<br>                CR 08-0668-RMT<br><br>ORDER CONTINUING<br>HEARING ON MOTION |

On October 20, 2008, defendant Lawrence Saks having filed a motion for return of property pursuant to Rule 41(g), noticed for hearing on November 18, 2008,

IT IS ORDERED that the hearing is continued to December 1, 2008 at 9:30 a.m.  Opposition or statement of non-opposition shall be filed no later than November 10, 2008, and reply, if any, shall be filed by November 17, 2008.

Dated: October 24, 2008

ROBERT M. TAKASUGI
United States District Sr. Judge

1