DAVID A. KETTEL (SBN 125745)
PHILIP KENT COHEN (SBN 159551)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9662
Facsimile: (310) 229-9901
E-Mail:   dakettel@venable.com

Attorneys for Claimant and Defendant
Lawrence Saks

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re $223,250 in U.S. Currency, | Case No. CV 08-06905-RMT<br><br>[CR 08-00668-RMT]<br><br>[~~PROPOSED~~] ORDER TAKING MOTION FOR RETURN OF PROPERTY OFF CALENDAR<br><br>Date:   December 1, 2008<br>Time:   9:30 a.m.<br>Courtroom: Robert M. Takasugi |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE SAKS,<br><br>Defendant. | |

   Based upon the Stipulation Taking Motion for Return of Property Off Calendar submitted by Plaintiff United States of America and defendant Lawrence Saks, and incorporating said stipulation herein by this reference,

#221542                                          - 1 -                    [PROPOSED] ORDER TAKING MOTION FOR
                                                                                              RETURN OF PROPERTY OFF CALENDAR

1  IT IS HEREBY ORDERED that the Motion for Return of Property filed by
2  defendant Lawrence Saks, currently scheduled for hearing on December 1, 2008 at 9:30
3  a.m., is taken off calendar based upon the parties' resolution of all of the matters raised
4  by the motion.

Dated: November 4, 2008

By: /s/ Robert M. Takasugi
ROBERT M. TAKASUGI
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable, LLP 2049 Century Park East, Suite 2100, Los Angeles, California.

On November 4, 2008, I served the foregoing document(s) described as **[PROPOSED] ORDER TAKING MOTION FOR RETURN OF PROPERTY OFF CALENDAR** on the interested parties in this action addressed as follows:

Jason P. Gonzalez, Esq.                           Attorneys for Plaintiff
Assistant United States Attorney                  UNITED STATES OF AMERICA
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
(213) 894-8957
(213) 894-01431 (FAX)

☐ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐ **BY MAIL (CCP §1013(a)&(b))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

to the addressee(s) at the facsimile numbers as stated above. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error.

Executed on October 30, 2008 at Los Angeles, California

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Michele Baggett

#221542     - 3 -     [PROPOSED] ORDER TAKING MOTION FOR
                      RETURN OF PROPERTY OFF CALENDAR